

# THE THIRTEENTH COURT OF APPEALS

### 13-21-00345-CV

Cirilo Garza and Jeanette Garza
v.
Harlingen Consolidated Independent School District

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-00118

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded in part for further proceedings and affirmed in part. The Court orders the judgment of the trial court REVERSED and REMANDED IN PART for further proceedings and AFFIRMED IN PART. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 17, 2022.